IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ANTONIO SATTERFIELD, )
                            )
            Plaintiff,      )
                            )
        v.                  )          1:22CV824
                            )
PERSON COUNTY COURT SYSTEM, )
et al.,                     )
                            )
            Defendant(s).   )


ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

     Plaintiff, a detainee in Person County, North Carolina, submitted a letter complaining

of alleged violations of his rights  and seeking a secret investigation by the Court.  The Court

does not conduct investigations, secret or otherwise.  Given the nature of the submission, the

Court treated it as a civil rights action pursuant to 42 U.S.C. § 1983.  So treated, the form of

the Complaint is such that serious flaws make it impossible to further process the Complaint.

The problems are:

1.       The filing fee was not received nor was a proper affidavit to proceed *in forma
         pauperis* submitted, with sufficient information completed and signed by
         Plaintiff, to permit review.

2.       The Complaint is not on forms prescribed for use by this Court, nor is the
         information requested by such forms and necessary to process the Complaint
         pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission.  See LR
         7.1(d).

     Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff

filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present

Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 4th day of October, 2022.

/s/  Joe L. Webster
United States Magistrate Judge
